**Fill in this information to identify your case:**

Debtor 1: Harlow N Higinbotham

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 18-31185

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
American Express
P.O. Box 981537
El Paso, TX 79998

What is the nature of the claim?  Periodic Purchases    $ $5,097.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact: _____
Contact phone: _____

**2**
American Express
P.O. Box 981537
El Paso, TX 79998

What is the nature of the claim?  Periodic Purchases    $ $2,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____

Contact: _____

| Debtor 1 | Harlow N Higinbotham | Case number (if known) | 18-31185 |
|---|---|---|---|

Contact phone    Unsecured claim    $ _____

---

**3**

Beermann LLP
161 North Clark Street
Suite 3000
Chicago, IL 60601

**What is the nature of the claim?**   Professional Services   $ $306,592.90

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:   - $ _____
  Unsecured claim   $ _____

Contact
Contact phone

---

**4**

Casale Reporting Service, Inc.
33 North Dearborn Street
Suite 1506
Chicago, IL 60602

**What is the nature of the claim?**   Services   $ $7,516.69

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:   - $ _____
  Unsecured claim   $ _____

Contact
Contact phone

---

**5**

Chase Card
P.O. Box 15298
Wilmington, DE 19850

**What is the nature of the claim?**   Periodic Purchases   $ $89.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:   - $ _____
  Unsecured claim   $ _____

Contact
Contact phone

---

**6**

Citicards
P.O. Box 6241
Sioux Falls, SD 57117

**What is the nature of the claim?**   Periodic Purchases   $ $21.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    Harlow N Higinbotham      Case number (if known)   18-31185

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

_Contact_
_Contact phone_

---

**7**

Discover Financial Services LLC
P.O. Box 15316
Wilmington, DE 19850

**What is the nature of the claim?**   Periodic Purchases   $ $4,479.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

_Contact_
_Contact phone_

---

**8**

E.D. Higinbotham Trust
1500 North Lake Shore Drive
Unit 13-C
Chicago, IL 60610

**What is the nature of the claim?**   Promissory Notes   $ $1,689,959.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

_Contact_
_Contact phone_

---

**9**

Fox Rothschild LLP
321 North Claark Street
Suite 800
Chicago, IL 60654

**What is the nature of the claim?**   Professional Services   $ $11,458.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

_Contact_
_Contact phone_

---

**10**

H.N. Higinbotham Trust
1500 North Lake Shore Drive
Unit 13-C

**What is the nature of the claim?**   Promissory Notes   $ $4,620,298.00

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  Harlow N Higinbotham                                   Case number (if known)  18-31185

Chicago, IL 60610

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact
Contact phone

---

**11**

McDermott Will & Emery
444 West Lake Street
Suite 4000
Chicago, IL 60606

**What is the nature of the claim?**  Professional Services  $ $10,308.23

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact
Contact phone

---

**12**

Susan S. Higinbotham
RD No. 2
2002 East Cass Street
Joliet, IL 60432

**What is the nature of the claim?**  Promissory Notes  $ $13,500,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact
Contact phone

---

**13**

Tilleke & Gibbins
1011 Rama 3 Road
Chongnonsi, Yannawa
Bangkok, Thailand    10120

**What is the nature of the claim?**  Professional Services  $ $589.92

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____

Contact

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Harlow N Higinbotham | Case number *(if known)* | 18-31185 |
|---|---|---|---|

Contact phone                    Unsecured claim          $ _____

**14**

Wentzel Law Offices
77 West Washington Street
Suite 2100
Chicago, IL 60602

**What is the nature of the claim?**   Professional Services   $ $36,626.55

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:   - $ _____
   Unsecured claim   $ _____

Contact _____
Contact phone _____

**15**

Wipaporn Teekhungam
c/o Gema Allen
Allen & Glasman, Chrtd.
150 North Michigan Avenue, Suite 3600
Chicago, IL 60601

**What is the nature of the claim?**   Child Support (Past and Future)   $ $6,479,972.09

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:   - $ _____
   Unsecured claim   $ _____

Contact _____
Contact phone _____

---

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   /s/ Harlow N Higinbotham
    Harlow N Higinbotham
    Signature of Debtor 1

X   _____
    Signature of Debtor 2

Date   November 6, 2018

Date   _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy