## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Harlow N. Higinbotham       Case Number: 18-31185

An appearance is hereby filed by the undersigned as attorney for:
Wipaporn Teekhungam, A.H., a minor, A.H., a minor, and A.H., a minor

Attorney name (type or print): Jeffrey K. Paulsen

Firm: The Law Office of William J. Factor

Street address: 105 W. Madison Street, Suite 1500

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6300528       Telephone Number: 312-878-0969
(See item 3 in instructions)

Email Address: jpaulsen@wfactorlaw.com

Are you acting as lead counsel in this case?    ☑ Yes    ☐ No

Are you acting as local counsel in this case?    ☐ Yes    ☑ No

Are you a member of the court's trial bar?    ☑ Yes    ☐ No

If this case reaches trial, will you act as the trial attorney?    ☑ Yes    ☐ No

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 8, 2018

Attorney signature:       S/ Jeffrey K. Paulsen
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015