# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Harlow N. Higinbotham        Case Number: 18-31185

An appearance is hereby filed by the undersigned as attorney for:
Wipaporn Teekhungam, A.H., a minor, A.H., a minor, and A.H., a minor

Attorney name (type or print): William J. Factor

Firm: The Law Office of William J. Factor

Street address: 105 W. Madison Street, Suite 1500

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6205675        Telephone Number: 312-878-6146
(See item 3 in instructions)

Email Address: wfactor@wfactorlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ |  |
| Are you acting as local counsel in this case? |  | ✓ |
| Are you a member of the court's trial bar? | ✓ |  |
| If this case reaches trial, will you act as the trial attorney? | ✓ |  |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 8, 2018

Attorney signature: S/ William J. Factor
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015