# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) _____Harlow N. Higenbotham_____ Case No. __18-31185__ Chapter __11__

All Cases: Moving Creditor __Wipaporn Teekhungam, A.H., A.H., and A.H.__ Date Case Filed __11/5/2018__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☑ Other (describe) __State Court Child Support Proceeding; Assets Held by Receiver__

2. Balance Owed as of Petition Date  $ __At least $6,479,972.09__
   Total of all other Liens against Collateral $ _____N/A_____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ _____Unknown_____

5. Default
   a. ☑ Pre-Petition Default
      Number of months _____    Amount $ __At least $6,479,972.09__

   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____    Amount $ _____
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection  § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid    Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☑ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe)_____
      ii. ☐ Multiple Filings
      iii. ☑ Other (describe) __Child support proceeding; no prejudice or hardship.__

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii ☐ Redeem    iii. ☐ Surrender    iv. ☑ No Statement of Intention Filed

Date: _____11/9/2018_____          _____/s/ Jeffrey K. Paulsen_____
                                                  Counsel for Movant

(Rev. 12 /21/09)