UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Harlow N. Higinbotham,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-31185<br><br>Chapter: 11<br>Honorable LaShonda Hunt |

**Order Granting the Motion of Wipaporn Teekhungam and the Parties' Minor Children for Leave to Conduct Rule 2004 Examinations of Susan Higinbotham, the H.N. Higinbotham Trust, and the E.D. Higinbotham Trust**

This matter coming to be heard on the motion of Wipaporn Teekhungam, A.H., A.H., and A.H. for leave to conduct Rule 2004 examinations of Susan Higinbotham, the H.N. Higinbotham Trust, and the E.D. Higinbotham Trust (the "Motion"); due notice of the Motion having been provided; and the Court having conducted a hearing on the Motion and being advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein; and

2. Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, Wipoaporn Teekhumgam, A.H., A.H., and A.H. are authorized to take the examination of Susan Higinbotham, the H.N. Higinbotham Trust, and the E.D. Higinbotham Trust.

Enter: *LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: November 21, 2018

**Prepared by:**

William J. Factor (6205675)
Deborah K. Ebner, Of Counsel (6181615)
Jeffrey K. Paulsen (6300528)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
dkebner@deborahebnerlaw.com
jpaulsen@wfactorlaw.com