Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Harlow N. Higenbotham,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-31185<br><br>Chapter: 11<br>Honorable LaShonda A. Hunt |

**Order on Motion of Wipaporn Teekhungam and the Parties' Minor Children for Relief from Stay and Motion to Excuse the Receiver's Compliance with § 543**

This motion coming to be heard on the motion of Wipaporn Teekhungam, A.H., a minor, A.H., a minor, and A.H., a minor, for relief from stay (the "Stay Relief Motion") and the motion to excuse the receiver's compliance with § 543 of the Bankruptcy Code (the "543 Motion"), due notice having been served, and the Court being advised in the premises;

IT IS HEREBY FOUND AND DECLARED THAT:

1. The section 503(g) trust established pursuant to the order of the Circuit Court of Cook County dated August 14, 2018, is not property of the Debtor's bankruptcy estate, and the automatic stay of 11 U.S.C. § 362 does not apply to the trust.

IT IS HEREBY ORDERED THAT:

1. Neal H. Levin, the receiver appointed by the Circuit Court of Cook County, (the "Receiver") is excused from complying with 11 U.S.C. § 543(a) or (b);

2. The parties being in agreement, the automatic stay is modified to permit the Receiver to seek entry and enforcement of an order approving his fees and costs as previously announced by the Circuit Court of Cook County, including by applying the retainer he is holding to approved fees and costs; and

3. The Stay Relief Motion is otherwise continued pursuant to the Scheduling Order entered as ECF No. 18 on November 15, 2018.

Enter:      /s/ LaShonda A. Hunt

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: December 4, 2018

**Prepared by:**
William J. Factor (6205675)
Deborah K. Ebner, Of Counsel (6181615)
Jeffrey K. Paulsen (6300528)
FACTORLAW
105 W. Madison Street, Suite 1500

Form G5  (20170105_bko)

Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
dkebner@deborahebnerlaw.com
jpaulsen@wfactorlaw.com