# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **Harlow N. Higinbotham**, | Bankruptcy No. 18-31185 |
| Debtor. | Honorable LaShonda A. Hunt |

## NOTICE OF HEARING

**Please take notice** that, on **December 13, 2018, at 11:00 a.m.**, or as soon thereafter as counsel may be heard, the Honorable LaShonda A. Hunt, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 719 of the United States Courthouse, at 219 South Dearborn Street, Chicago, Illinois, will hold a hearing on the **Motion of Wipaporn Teekhungam and the Parties' Minor Children for Relief from Stay and Motion to Excuse the Receiver's Compliance with § 543**, a copy of which is included herewith and served upon you, at which time and place you may appear.

Dated: December 6, 2018

**Wipaporn Teekhungam**, **A.H**, a minor, **A.H.**, a minor, and **A.H.**, a minor

By: /s/ Jeffrey K. Paulsen
One of Their Attorneys

William J. Factor (6205675)
Deborah K. Ebner, Of Counsel (6181615)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:    (847) 239-7248
Fax:   (847) 574-8233
Email: wfactor@wfactorlaw.com
          dkebner@deborahebnerlaw.com
          jpaulsen@wfactorlaw.com

{00129423}

## CERTIFICATE OF SERVICE

    I, Jeffrey K. Paulsen, an attorney, hereby certify that on the date indicated, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Hearing* and the accompanying *Motion* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on all other persons identified on the Service List.

                                                    /s/ Jeffrey K. Paulsen

## SERVICE LIST

**Registrants**
(Service via ECF on December 7, 2018)

| | |
|---|---|
| Deborah K. Ebner | dkebner@deborahebnerlaw.com, webmaster@debnertrustee.com, lizd@deborahebnerlaw.com |
| William J. Factor | wfactor@wfactorlaw.com, wfactorlaw@gmail.com, bharlow@wfactorlaw.com, wfactor@ecf.inforuptcy.com, wfactormyecfmail@gmail.com, factorwr43923@notify.bestcase.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Jeffrey K. Paulsen | jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com, jpaulsen@ecf.inforuptcy.com |
| Gregory K. Stern | greg@gregstern.com, steve_horvath@ilnb.uscourts.gov |

**Non-Registrants**
(Service via U.S. Mail on December 6, 2018)

Harlow N. Higinbotham
RD No. 2
2002 East Cass St.
Joliet, IL 60432

American Express
PO Box 981537
El Paso, TX 79998

Beerman LLP
161 N. Clark St.
Suite 3000
Chicago, IL 60601

Casale Reporting Service Inc.
33 N. Dearborn St.
Suite 1506
Chicago, IL 60602

Chase Card
PO Box 15298
Wilmington, DE 19850

Citicards
PO Box 6241
Sioux Falls, SD 57117

Discover Financial Services LLC
PO Box 15316
Wilmington, DE 19850

E.D. Higinbotham Trust
1500 N. Lake Shore Dr.
Unit 13-C
Chicago, IL 60610

Fox Rothschild LLP
321 N. Clark St.
Suite 800
Chicago, IL 60654

H.N. Higinbotham Trust
1500 N. Lake Shore Dr.
Unit 13-C
Chicago, IL 60610

McDermott Will & Emery
444 W. Lake St.
Suite 4000
Chicago, IL 60606

Susan S. Higinbotham
RD No. 2
2002 E. Cass St.
Joliet, IL 60432

Tileke & Gibbins
1011 Rama 3 Road
Chongnonsi, Yannawa
Bangkok, Thailan 10120

Wentzel Law Offices
77 W. Washington St.
Suite 2100
Chicago, IL 60602