# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable** LaShonda A. Hunt                    **Hearing Date** 12/13/18

**Bankruptcy Case** 18-31185                     **Adversary No.**

**Title of Case** In re Harlow N. Higinbotham

**Brief Statement of Motion** Motion of Nipaporn Teekhungam and The Parties' Minor Children for Relief from Stay

**Names and Addresses of moving counsel** Jeffrey Paulsen, Factor Law
105 W. Madison, Ste. 1500
Chicago, IL 60602

**Representing** Movants

## ORDER

(1) The Debtor and/or Neal Levin as state-court receiver (the "Receiver"), are authorized to liquidate the following assets pursuant to 11 USC § 363(b) and 11 U.S.C. § 362(d): the accounts identified in the Debtor's Amended Schedule A/B (ECF No. 34) at No. 17.3 to 17.7 and 18 (the "Accounts").

(2) The proceeds from the Accounts shall be deposited in the Receiver's IOLTA account, pending further order of this Court.

~~U S Bankruptcy Judge LaShonda A. Hunt~~

(3) This matter is otherwise continued to December 20, 2018, at 10 AM for an update on settlement.

LaShonda A. Hunt