Form 1L7

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-31185 |
| Harlow N. Higinbotham | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable LaShonda Hunt |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

## ORDER AND NOTICE SETTING BAR DATE FOR FILING PROOFS OF CLAIM

FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST THE ABOVE REFERENCED DEBTORS(S);

You are hereby notified that if you wish to file a claim against the Bankruptcy estate of the above referenced Debtor(s) for a debt that arose before the Debtor filed its Bankruptcy case, you must file a Proof of Claim on or before the following applicable date:

(a)   Claims of any governmental unit that arose prior to the case filing date must be filed on or before 5/6/19.  (This date must not be earlier than 179 days after the date of the order for relief.)

(b)   All other claims that arose prior to the case filing date must be filed on or before 2/19/19.

All claims must be filed electronically or at the following address so that they are received on or before the expiration of the bar date listed above:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Suite 710
Chicago, Illinois 60604

If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution from the Debtor's Bankruptcy estate.

Under the law some parties need not file claims. See 11 U.S.C. § 1111(a) for a description of who does not need to file a claim.  Parties must rely on their own inspection of the Bankruptcy Code and Rules and the Debtor's schedules or advice of counsel to determine whether to file a claim.

Debtor's counsel is directed, by 12/17, 2018 to serve on all creditors, a copy of this Order and to file proof of service with the Clerk of the Bankruptcy Court.

Enter:   *LaShonda A. Hunt*

Dated:  December 13, 2018

Revised: 9/20/17

Honorable LaShonda A. Hunt
United States Bankruptcy Judge