IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HARLOW N. HIGINBOTHAM, | ) | Case No. 18 – 31185 |
| | ) | |
| Debtor. | ) | Hon. LaShonda A. Hunt |

## NOTICE AND CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the attached ORDER AND NOTICE SETTING BAR DATE FOR FILING PROOFS OF CLAIM to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 17th day of December 2018.

　　　　　　　　　　　　　　　　　　　/s/ Gregory K. Stern
　　　　　　　　　　　　　　　　　　　Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #2267012)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick Layng, United States Trustee
219 South Dearborn Street
Suite 873
Chicago, Illinois 60604

Michael K. Desmond
Figliulo & Silverman, P.C.
10 South LaSalle Street
Suite 3600
Chicago, Illinois 60603

Deborah Ebner
William J. Factor
Jeffrey K. Paulsen
105 West Madison Street
Suite 1500
Chicago, Illinois 60602

Nathan Q. Rugg
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street
Suite 3900
Chicago, Illinois 60606

Shira R. Isenberg
Bianca E. Ciarroni
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606

**Parties Served By U.S. Mail**

1500 Lake Shore Drive Building Corp.
1500 North Lake Shore Drive
Chicago, IL 60610

American Express
P.O. Box 981537
El Paso, TX 79998

Beermann LLP
161 North Clark Street
Suite 3000
Chicago, IL 60601

Casale Reporting Service, Inc.
33 North Dearborn Street
Suite 1506
Chicago, IL 60602

Chase Card
P.O. Box 15298
Wilmington, DE 19850

Citicards
P.O. Box 6241
Sioux Falls, SD 57117

Discover Financial Services LLC
P.O. Box 15316
Wilmington, DE 19850

E.D. Higinbotham Trust
1500 North Lake Shore Drive
Unit 13-C
Chicago, IL 60610

Fox Rothschild LLP
321 North Clark Street
Suite 800
Chicago, IL 60654

Gibson & Co. Solicitors
77-87 West Road
Newcastle Upon Tyne NE15 6PR
DX 743060 Newcastle 45

H.N. Higinbotham Trust
1500 North Lake Shore Drive
Unit 13-C
Chicago, IL 60610

Howard H. Rosenfeld
Rosenfeld Hafron Shapiro & Farmer
221 North LaSalle Street
Suite 1743
Chicago, IL 60601

McDermott Will & Emery
444 West Lake Street
Suite 4000
Chicago, IL 60606

Michael Ian Bender
70 West Madison Street
Suite 2222
Chicago, IL 60602

Neil H. Levin
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60601

Northern Trust Securities, Inc.
50 South LaSalle Street
Chicago, IL 60603

Susan S. Higinbotham
RD No. 2
2002 East Cass Street
Joliet, IL 60432

Tilleke & Gibbins
1011 Rama 3 Road
Chongnonsi, Yannawa
Bangkok, Thailand     10120

Wentzel Law Offices
77 West Washington Street
Suite 2100
Chicago, IL 60602

Will County Treasurer, Pat McGuire
302 North Chicago Street
Joliet, IL 60432-4695

Wipaporn Teekhungam
c/o Gemma Allen
Allen & Glassman, Chrtd.
150 North Michigan Avenue, Suite 3600
Chicago, IL 60601

Form 1L7

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-31185 |
| Harlow N. Higinbotham | ) | |
| | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable LaShonda Hunt |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

**ORDER AND NOTICE SETTING BAR DATE FOR FILING PROOFS OF CLAIM**

FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST THE ABOVE REFERENCED DEBTORS(S);

You are hereby notified that if you wish to file a claim against the Bankruptcy estate of the above referenced Debtor(s) for a debt that arose before the Debtor filed its Bankruptcy case, you must file a Proof of Claim on or before the following applicable date:

(a) Claims of any governmental unit that arose prior to the case filing date must be filed on or before 5/6/19. (This date must not be earlier than 179 days after the date of the order for relief.)

(b) All other claims that arose prior to the case filing date must be filed on or before 2/19/19.

All claims must be filed electronically or at the following address so that they are received on or before the expiration of the bar date listed above:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Suite 710
Chicago, Illinois 60604

If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution from the Debtor's Bankruptcy estate.

Under the law some parties need not file claims. See 11 U.S.C. § 1111(a) for a description of who does not need to file a claim. Parties must rely on their own inspection of the Bankruptcy Code and Rules and the Debtor's schedules or advice of counsel to determine whether to file a claim.

Debtor's counsel is directed, by 12/17, 2018 to serve on all creditors, a copy of this Order and to file proof of service with the Clerk of the Bankruptcy Court.

Enter: *LaShonda A. Hunt*

Dated: December 13, 2018

Revised: 9/20/17

Honorable LaShonda A. Hunt
United States Bankruptcy Judge