IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: <u>Harlow N. Higinbotham</u>  CASE NO. <u>18-31185</u>

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS
FOR MONTH ENDING November 5 – November 30, 2018

BEGINNING BALANCE IN ALL ACCOUNTS*  $ <u>40,252.50</u>

RECEIPTS:
    1. Receipts from operations  $ <u>21,825.38</u>
    2. Other Receipts  $ <u>25,505.62</u>

DISBURSEMENTS:
    3. Net Payroll:
        a. Officers  $ _____
        b. Others  $ _____
    4. Taxes
        a. Federal Income Taxes  $ _____
        b. FICA withholding  $ _____
        c. Employee's withholding  $ _____
        d. Employer's FICA  $ _____
        e. Federal Unemployment Taxes  $ _____
        f. State Income Taxes  $ _____
        g. State Employee withholding  $ _____
        h. All other state taxes  $ _____
    5. Necessary expenses:
        a. Rent or mortgage payment(s)  $ _____
        b. Utilities  $ <u>416.32</u>
        c. Insurance  $ _____
        d. Merchandise bought for manufacture or sale  $ _____
        e. Other necessary expenses
            (specify)
<u>Groceries, household items, bedding, shoes, ATM card fee</u>  $ <u>1,976.00</u>
_____  $ _____

TOTAL DISBURSEMENTS  $ <u>1,976.00</u>

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD  $ <u>45,355.00</u>

ENDING BALANCE IN -   Associated Bank  $ <u>45,355.00</u>
                         NT*  $ <u>36,510.00</u>
                         NT*  $ <u>3,742.50</u>

ENDING BALANCE IN ALL ACCOUNTS  $ <u>85,587.50</u>

*Balance reflects Debtor's 50% interest. Accounts frozen

OPERATING REPORT Page 1
EXHIBIT "B"

**Case Name:** In Re: HARLOW N HIGINBOTHAM, Debtor        **Case No.** 18 B 31185

## RECEIPTS LISTING

### FOR MONTH ENDING: November 30, 2018

**Bank:** Associated Bank
**Location:** 525 W Monroe Street   Chicago, IL 60661
**Account Name:** Harlow N Higinbotham
**Acount No.** 2151 045 255

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 12-Nov-18 | Farm income | $7,632.33 |
| 15-Nov-18 | Payroll (NERA) | 7,096.71 |
| 21-Nov-18 | Dividend (MMC stock) | 2,733.26 |
| 26-Nov-18 | Credit to debit card (Wal-mart) | 21.73 |
| 26-Nov-18 | State Farm insurance refund | 21.87 |
| 26-Nov-18 | Dividend (MMC stock) | 2,733.26 |
| 26-Nov-18 | US Treasury Federal Income Tax Refund (2017 taxes) | 19,995.50 |
| 30-Nov-18 | Payroll (NERA) | 7,096.34 |
| | TOTAL: | $47,331.00 |

PAGE 2

**Case Name:**  In Re: HARLOW N HIGINBOTHAM, Debtor    **Case No.** 18 B 31185

## DISBURSEMENT LISTING

FOR MONTH ENDING: November 30, 2018

**Bank:** Associated Bank
**Location:** 525 W Monroe Street   Chicago, IL 60661
**Account Name:** Harlow N Higinbotham
**Acount No.** 2151 045 255

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 11/23/2018 | Debit | Wal-Mart: sundries | $172.07 |
| 11/23/2018 | Debit | Jewel-Osco: groceries | 91.25 |
| 11/23/2018 | Debit | Apple Itunes: cloud storage | 0.99 |
| 11/26/2018 | Debit | Wal-Mart: sundries | 62.23 |
| 11/26/2018 | Debit | Bed Bath & Beyond: bed linens | 556.37 |
| 11/26/2018 | Debit | Alsip Nursery: plants | 281.30 |
| 11/26/2018 | Debit | Wal-Mart: sundries | 120.66 |
| 11/26/2018 | Debit | Wal-Mart: sundries | 1.94 |
| 11/26/2018 | Debit | Jewel-Osco: groceries | 158.36 |
| 11/27/2018 | Debit | Mi Woolies: footwear | 94.86 |
| 11/28/2018 | Debit | Potash Bros: groceries | 10.17 |
| 11/28/2018 | Debit | International ATM: card fee | 2.85 |
| 11/29/2018 | Debit | Potash Bros: groceries | 6.63 |
| 11/30/2018 | 1001 | Waste Management: garbage service | 316.07 |
| 11/30/2018 | 1004 | Peoples Gas: utilities | 100.25 |
| | | TOTAL | $1,976.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Harlow N. Higinbotham          CASE NO. 18-31185

FOR PERIOD ENDING November 5 – November 30, 2018

## STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning inventory | $ NA |
| Add: purchases | $ NA |
| Less: Goods sold (cost basis) | $ NA |
| Ending inventory | $ NA |

## PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ NA |
| Payroll taxes due but unpaid | $ NA |

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular Payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amounts of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

*Include only post-petition payment

OPERATING REPORT    Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Harlow N. Higinbotham          CASE NO. 18-31185

FOR PERIOD ENDING   November 5 – November 30, 2018

**STATEMENT OF AGED RECEIVABLES**

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ NA |
| Add: sales on account | $ NA |
| Less: collections | $ NA |
| End of month balance | $ NA |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)**

| | |
|---|---|
| Beginning of month balance | $ NA |
| Add: credit extended | $ |
| Less: payments on account | $ |
| End of Month balance | $ NA |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT   Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Harlow N. Higinbotham          CASE NO. 18-31185

FOR PERIOD ENDING November 5 – November 30, 2018

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post-petition taxes or withholding have been paid currently

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( X ) | No ( ) |
| 2. | FICA withholdings | Yes ( X ) | No ( ) |
| 3. | Employee's withholdings | Yes ( X ) | No ( ) |
| 4. | Employer's FICA | Yes ( X ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( X ) | No ( ) |
| 6. | State Income Tax | Yes ( X ) | No ( ) |
| 7. | State Employee withholdings | Yes ( X ) | No ( ) |
| 8. | All other state taxes | Yes ( X ) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amount past due and the date of last payment.

OPERATING REPORT   Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Harlow N. Higinbotham          CASE NO. 18-31185

FOR PERIOD ENDING   November 5 – November 30, 2018

INSURANCE QUESTIONNAIRE

Debtors in possession and trustees are required to maintain appropriate insurance on property of the estate to avoid risk to the estate or to the public. See 11 U.S.C. 1007(a) and 1112(b)(4)(C).

1. For each policy of insurance maintained by the debtor in possession as of the Petition Date, state the following (*provide certificates of insurance for each policy if not already provided*):

| Carrier | Policy No. | Coverage Type | Policy Expiration Date | Cancellation Date, If applicable* |
|---|---|---|---|---|
| Country Mutual Ins. Co. | AL8835266 | Real & Personal Property | 11/15/2019 | |
| Great Northern Inc. Co. | 1205582701 | Real & Personal Property | 12/11/2019 | |
| State Farm | 831387B0913E | Vehicle | 4/9/19 | |
| State Farm | 6590272A0413 | Vehicle | 1/4/19 | |
| RLI Insurance | PUP0213883 | Personal Umbrella Liability Policy | 2/13/19 | |
| | | | | |
| | | | | |

*If a policy was cancelled for any reason during the reporting period, identify the reason for cancellation (i.e., non-payment, sale of asset, abandonment, etc.)

_____
_____
_____

2. Have all required insurance premium payments during the reporting period been made? identify the policy for which premiums have not been paid, the amount due, and reason for nonpayment (attach separate sheet if necessary).
    Yes

3. Has the debtor/trustee received notice from any insurer during the reporting period that a policy of insurance is subject to cancellation or non-renewal? If so, identify the carrier, coverage type and basis for potential cancellation or non-renewal (attach separate sheet if necessary).
    No

OPERATING REPORT Page 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Harlow N. Higinbotham          CASE NO.  18-31185

FOR PERIOD ENDING   November 5 – November 30, 2018

### DECLARATION UNDER PENALTY OF PERJURY

I, ____Harlow N. Higinbotham____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in the Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____/s/ Harlow N. Higinbotham_____
For the Debtor in Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Harlow N. Higinbotham

Dated: