| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | Harlow | N | Higinbotham |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | 18-31185 | | |

■ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
RD No. 2
2002 East Cass Street
*Street address, if available, or other description*

Joliet       IL      60432-0000
City         State   ZIP Code

Will
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $1,987,350.00
Current value of the portion you own?   $1,987,350.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
Fee simple - Tenancy by the Entirety

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:
Subject to claims of Susan Higinbotham

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........=>   **$1,987,350.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1  Harlow N Higinbotham                                        Case number (if known) 18-31185

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

**3.1** Make: Mercedes
Model: 560
Year: 1989
Approximate mileage:
Other information:
Current value reflects Debtor's 50% ownership interest

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?  $5,000.00
Current value of the portion you own?  $2,500.00

**3.2** Make: Chevrolet
Model: Silverado
Year: 2002
Approximate mileage:
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?  $4,000.00
Current value of the portion you own?  $4,000.00

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

**4.1** Make: Row Boat
Model:
Year:
Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?  $150.00
Current value of the portion you own?  $150.00

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>   $6,650.00

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?     Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
Examples: Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

Chairs, Couches, Dining Room Furniture, Shelving, Side Tables, Office Furniture, Rugs, Beds, Dressers, Lamps, Framed Mirrors, Drapery, Coverings, Linens, Appliances, Cookware, Kitchenware, Lawn and Garden Equipment & Misc. Personal Property. (subject to claims of Susan Higinbotham) - Current value reflects Debtor's 50% ownership interest       $137,500.00

| Debtor 1 | Harlow N Higinbotham | Case number (if known) | 18-31185 |

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| | |
|---|---:|
| TVs, Receivers, Cell Phone, Computer Equipment. (subject to claims of Susan Higinbotham) -Current value reflects Debtor's 50% ownership interest | $7,500.00 |

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

■ Yes. Describe.....

| | |
|---|---:|
| Coin Collection (Owned jointly with sister) - Current value reflects Debtor's 50% ownership interest | $12,500.00 |
| Books, Bookcases, Prints, Furniture, Glassware, Paintings, Photo Albums, Porcelain, Ceramics, Tapestries, Steamer Trunks (subject to claims of Susan Higinbotham) - Current value reflects Debtor's 50% ownership interest | $834,000.00 |

### 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

■ Yes. Describe.....

| | |
|---|---:|
| Skis, Golf Clubs, Cameras | $700.00 |
| 2 Pianos (subject to claims of Susan Higinbotham) - Current value reflects Debtor's 50% ownership interest | $5,000.00 |

### 10. Firearms
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

■ Yes. Describe.....

| | |
|---|---:|
| Rifles, Medieval Weapons, Medieval Swords & Armor, Samurai Sword (subject to claims of Susan Higinbotham) - Current value reflects Debtor's 50% ownership interest | $28,500.00 |

### 11. Clothes
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| | |
|---|---:|
| Necessary Wearing Apparel | $5,000.00 |

### 12. Jewelry
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

Debtor 1  Harlow N Higinbotham                               Case number (if known)  18-31185

| Oris Watch & Wedding Band | $2,000.00 |

**13. Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| 3 Springer Spaniels | Unknown |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ | $1,032,700.00 |

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes...........................................................................................................

                                                                                             Cash   $400.00

**17. Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................

|      |                                    | Institution name:                                                                              |              |
|------|------------------------------------|------------------------------------------------------------------------------------------------|--------------|
| 17.1.| Checking Account ending 1987       | Northern Trust - Current value reflects Debtor's 50% ownership interest                        | $36,510.00   |
| 17.2.| Brokerage Account ending 6357      | Northern Trust Securities, Inc. (value as of October 31, 2018)                                 | $10,691,837.41 |
| 17.3.| Brokerage Account ending 3724      | Vanguard (value as of September 30, 2018)                                                      | $13,834.60   |
| 17.4.| Brokerage Account ending 2858      | Morgan Stanley (holding shares of MMC common stock)(value as of September 28, 2018)            | $293,205.34  |
| 17.5.| Brokerage Account ending 0295      | UBS Financial Services Inc. (holding shares of MMC common stock)(value as of September 28, 2018) | $681,251.99  |
| 17.6.| Brokerage Account ending 6689      | Fidelity Brokerage Services LLC (value as of November 1, 2018)                                 | $57,855.63   |

| | | | |
|---|---|---|---|
| 17.7. | Deferred Compensation | Fidelity Brokerage Services LLC (value as of September 30, 2018)(deferred compensation with limited restrictions) | $321,668.24 |
| 17.8. | Health Savings Account | Trion | $8,352.15 |
| 17.9. | Checking Account ending 6405 | Northern Trust Bank - Current value reflects Debtor's 50% ownership interest | $3,742.50 |
| 17.10. | Supplemental Savings & Investment Plan ending 0001 | Marsh & McLennan Companies (value as of October 31, 2018)(deferred compensation with restrictions) | $713,008.52 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes..................
    
    Institution or issuer name:

| | |
|---|---|
| Computershare holding 6,586.176 shares of Marsh & McClennon common stock ($85.72 per share as of 11/05/18) | $564,481.28 |
| Computershare holding 284 Shares of Chevron Stock ($117.79 per share as of 11/05/18)) | $33,452.36 |
| Computershare holding 200 Shares of Frontier Stock ($5.01 per share as of 11/5/18) | $1,002.00 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
    Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) | Marsh & McLennan Companies (value as of October 31, 2018) | $816,825.17 |
| Rollover IRA | Fidelity Brokerage Services LLC (value as of October 31, 2018) | $1,811,231.85 |
| Roth Retirement Account | Fidelity Brokerage Services LLC(value as of October 31, 2018) | $37,699.08 |

Debtor 1    Harlow N Higinbotham    Case number (if known)    18-31185

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☐ No
■ Yes.............    Issuer name and description.

| Retirement Annuity Through Employer (Prudential) | Unknown |

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☐ No
■ Yes.    Give specific information about them...

| Residual Interest in E.D. Higinbotham Trust | $0.00 |
| Residual Interest in H.N. Higinbotham Trust | $0.00 |
| Residual Interest in Rosenberg Irrevocable Trust | $0.00 |

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.    Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ No
■ Yes.    Give specific information about them...

| Mineral rights on property located in Brazoria County, Texas (1/3 interest - owned with 2 sisters) - Current value reflects Debtor's 1/3 ownership interest | Unknown |

**Money or property owed to you?**    Current value of the portion you own? Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Tax Overpayments - Current value reflects Debtor's 50% ownership interest | Federal & State | $123,019.34 |
| 2017 Federal Joint Tax Refund - Current value reflects Debtor's 50% ownership interest | Federal | $9,997.75 |

Official Form 106A/B    Schedule A/B: Property    page 6
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Harlow N Higinbotham    Case number *(if known)*    18-31185

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Term Life Insurance Through Employer | Harlow Niles Higinbotham IV (Debtor's son) | $0.00 |
| AXA Equitable Life Insurance Company (policy ending 329) | Susan Higinbotham | $7,980.00 |
| AXA Equitable Life Insurance Company, whole life policy ending 664 | Susan Higinbotham | $6,790.00 |
| AXA Equitable Life Insurance Company, Whole Life Policy ending 136 | Susan Higinbotham | $6,500.00 |
| AXA Equitable Life Insurance Company, While Life Policy ending 992 | Susan Higinbotham | $6,592.00 |
| AXA Equitable Life Insurance Company, Whole Life Policy ending 821 | Susan Higinbotham | $6,425.00 |
| AXA Equitable Life Insurance Company, Whole Life Policy ending 923 | Susan Higinbotham | $8,657.84 |
| Hartford Insurance - Short Term Disability | | $0.00 |
| AIG - Accidental Death & Disability | Harlow Niles Higinbotham IV | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No

Official Form 106A/B    Schedule A/B: Property    page 7

Debtor 1    Harlow N Higinbotham                                        Case number *(if known)*    18-31185

■ Yes. Describe each claim..........

| | |
|---|---|
| Unknown causes of action | Unknown |
| Sanctions Claim Against Wipaporn Teekhungham | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ☐ No
    ■ Yes. Give specific information..

| | |
|---|---|
| 478 Shares & 25 Shares of 1500 N. Lake Shore Drive Building Corp. stock representing the interest in the property (and parking space) located at 1500 North Lake Shore Drive, Unit 13-C, Chicago, Illinois, held in joint tenancy with non-filing spouse. Current value reflects Debtor's 50% ownership interest | $1,350,000.00 |

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here....................................................................................................    **$17,612,320.05**

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. Do you own or have any legal or equitable interest in any business-related property?
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    ☐ No. Go to Part 7.
    ■ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ■ No
    ☐ Yes................

48. **Crops—either growing or harvested**
    ■ No
    ☐ Yes. Give specific information.....

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☐ No
    ■ Yes................

Debtor 1    Harlow N Higinbotham                                              Case number *(if known)*  18-31185

| | |
|---|---|
| Farm Tools and Equipment (subject to claims of Susan Higinbotham). Current value reflects Debtor's 50% ownership interest | $2,500.00 |

50. **Farm and fishing supplies, chemicals, and feed**
    ■ No
    ☐ Yes................

51. **Any farm- and commercial fishing-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.....

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................................................  $2,500.00

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  $0.00

**Part 8:    List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 ............................................................................................ | | $1,987,350.00 |
| 56. | Part 2: Total vehicles, line 5 | $6,650.00 | |
| 57. | Part 3: Total personal and household items, line 15 | $1,032,700.00 | |
| 58. | Part 4: Total financial assets, line 36 | $17,612,320.05 | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $2,500.00 | |
| 61. | Part 7: Total other property not listed, line 54    + | $0.00 | |
| 62. | Total personal property. Add lines 56 through 61... | $18,654,170.05 | Copy personal property total    $18,654,170.05 |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | | $20,641,520.05 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Harlow N Higinbotham | |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | |
| Case number (if known) | 18-31185 | |

■ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| RD No. 2 2002 East Cass Street Joliet, IL 60432  Will County<br>Subject to claims of Susan Higinbotham<br>Line from *Schedule A/B*: 1.1 | $1,987,350.00 | ■ $15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-901 |
| RD No. 2 2002 East Cass Street Joliet, IL 60432  Will County<br>Subject to claims of Susan Higinbotham<br>Line from *Schedule A/B*: 1.1 | $1,987,350.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-112 |
| 2002 Chevrolet Silverado<br>Line from *Schedule A/B*: 3.2 | $4,000.00 | ■ $2,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c) |
| Necessary Wearing Apparel<br>Line from *Schedule A/B*: 11.1 | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) |
| Checking Account ending 1987:<br>Northern Trust - Current value reflects Debtor's 50% ownership interest<br>Line from *Schedule A/B*: 17.1 | $36,510.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |

Official Form 106C                Schedule C: The Property You Claim as Exempt                page 1 of 3
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  Harlow N Higinbotham    Case number (if known) 18-31185

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brokerage Account ending 6357: Northern Trust Securities, Inc. (value as of October 31, 2018)  Line from Schedule A/B: 17.2 | $10,691,837.41 | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | NJ Rev Stat Section 46:3-17.2 - Tenancy by Entirety |
| 401(k): Marsh & McLennan Companies (value as of October 31, 2018)  Line from Schedule A/B: 21.1 | $816,825.17 | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1006 |
| Rollover IRA: Fidelity Brokerage Services LLC (value as of October 31, 2018)  Line from Schedule A/B: 21.2 | $1,811,231.85 | ■ $1,807,236.63  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1006 |
| Roth Retirement Account: Fidelity Brokerage Services LLC(value as of October 31, 2018)  Line from Schedule A/B: 21.3 | $37,699.08 | ■ $37,699.08  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1006 |
| Retirement Annuity Through Employer (Prudential)  Line from Schedule A/B: 23.1 | Unknown | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1006 |
| AXA Equitable Life Insurance Company (policy ending 329)  Beneficiary: Susan Higinbotham  Line from Schedule A/B: 31.2 | $7,980.00 | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(f) |
| AXA Equitable Life Insurance Company (policy ending 329)  Beneficiary: Susan Higinbotham  Line from Schedule A/B: 31.2 | $7,980.00 | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(h)(3) |
| AXA Equitable Life Insurance Company, whole life policy ending 664  Beneficiary: Susan Higinbotham  Line from Schedule A/B: 31.3 | $6,790.00 | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(f) |
| AXA Equitable Life Insurance Company, whole life policy ending 664  Beneficiary: Susan Higinbotham  Line from Schedule A/B: 31.3 | $6,790.00 | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(h)(3) |
| AXA Equitable Life Insurance Company, Whole Life Policy ending 136  Beneficiary: Susan Higinbotham  Line from Schedule A/B: 31.4 | $6,500.00 | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(f) |
| AXA Equitable Life Insurance Company, Whole Life Policy ending 136  Beneficiary: Susan Higinbotham  Line from Schedule A/B: 31.4 | $6,500.00 | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(h)(3) |

Debtor 1   Harlow N Higinbotham                                                                              Case number (if known)   18-31185

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| AXA Equitable Life Insurance Company, While Life Policy ending 992<br>Beneficiary: Susan Higinbotham<br>Line from Schedule A/B: 31.5 | $6,592.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(f) |
| AXA Equitable Life Insurance Company, While Life Policy ending 992<br>Beneficiary: Susan Higinbotham<br>Line from Schedule A/B: 31.5 | $6,592.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(h)(3) |
| AXA Equitable Life Insurance Company, Whole Life Policy ending 821<br>Beneficiary: Susan Higinbotham<br>Line from Schedule A/B: 31.6 | $6,425.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(f) |
| AXA Equitable Life Insurance Company, Whole Life Policy ending 821<br>Beneficiary: Susan Higinbotham<br>Line from Schedule A/B: 31.6 | $6,425.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(h)(3) |
| AXA Equitable Life Insurance Company, Whole Life Policy ending 923<br>Beneficiary: Susan Higinbotham<br>Line from Schedule A/B: 31.7 | $8,657.84 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(f) |
| AXA Equitable Life Insurance Company, Whole Life Policy ending 923<br>Beneficiary: Susan Higinbotham<br>Line from Schedule A/B: 31.7 | $8,657.84 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(h)(3) |
| Farm Tools and Equipment (subject to claims of Susan Higinbotham). Current value reflects Debtor's 50% ownership interest<br>Line from Schedule A/B: 49.1 | $2,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(d) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ■ No
   ☐ Yes

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Harlow N Higinbotham |
| Debtor 2 (Spouse if, filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 18-31185 |

☐ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules       12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Harlow N. Higinbotham              X _____
Harlow N Higinbotham                      Signature of Debtor 2
Signature of Debtor 1

Date  January 9, 2019                     Date

Official Form 106Dec      Declaration About an Individual Debtor's Schedules