UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.:   18-31185
Harlow N. Higenbotham, )
)  Chapter:  11
)  Honorable LaShonda Hunt
)
)
Debtor(s) )

**Order Granting in Part Motion of Wipaporn Teekhungam
and the Parties' Minor Children for Relief from Stay**

      This motion coming to be heard on the continued motion of Wipaporn Teekhungam, A.H., a minor, A.H., a minor, and A.H., a minor, for relief from stay (the "Stay Relief Motion"), due notice having been served, and the court being advised in the premises after considering the arguments of all parties in interest at multiple hearing, hereby ORDERS as follows:

   1. Pursuant to the court's oral ruling on January 10, 2019, the Stay Relief Motion is granted in part as indicated herein, and denied in all other respects.

   2. The automatic stay is modified to allow the state court case known as In re parentage of Wipaporn Teekhungam, individually and on behalf of [A.N., A.N., and A.N.], case no. 11-D-6475 (Circuit Court of Cook County), to proceed on all matters relating to the entry or modification of child support orders, including any resulting appeals, and the determination of any request for sanctions against the debtor. This court's prior order entered on December 4, 2018 (Dkt. #29), concerning actions taken and disbursements made by Neil H. Levin, the court-appointed receiver, shall remain in effect. However, no collection activity on any judgment is allowed against property of the Estate absent prior approval of the U.S. Bankruptcy Court.

   3. Debtor shall provide adequate protection in the total amount of $2,000,000, in accordance with the prior court order entered on December 13, 2018 (Dkt. #39). Those funds shall be deposited in the receiver's IOLTA account and no disbursements made, pending further order of the U.S. Bankruptcy Court.

   4. Debtor shall also provide as adequate protection life insurance policies in the amount of $1,000,000 for each of the three minor children (for a total of $3,000,000 in coverage), with proof of payment of the full annual premium for said policies.

   5. Debtor shall comply with these adequate protection requirements within 30 days of this order, and file with the court a written status report on compliance by February 19, 2019.

   6. The 14-day stay provided in Rule 4001(a)(3) does not apply to this Order, and the Order is in full force and effect upon entry.

Enter:

*[signature: LaShonda A. Hunt]*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  January 10, 2019

**Prepared by:**

William J. Factor (6205675)
Deborah K. Ebner, Of Counsel (6181615)
Jeffrey K. Paulsen (6300528)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
dkebner@deborahebnerlaw.com
jpaulsen@wfactorlaw.com