IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Harlow N. Higinbotham            CASE NO. 18-31185

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS
FOR MONTH ENDING DECEMBER 31, 2018

BEGINNING BALANCE IN ALL ACCOUNTS*          $ 85,587.50

RECEIPTS:
   1. Receipts from operations                  $ 14,463.51
   2. Other Receipts                            $ 998.97

DISBURSEMENTS:
   3. Net Payroll:
      a. Officers                              $ _____
      b. Others                                $ _____
   4. Taxes
      a. Federal Income Taxes                  $ _____
      b. FICA withholding                      $ _____
      c. Employee's withholding                $ _____
      d. Employer's FICA                       $ _____
      e. Federal Unemployment Taxes            $ _____
      f. State Income Taxes                    $ _____
      g. State Employee withholding            $ _____
      h. All other state taxes                 $ _____
   5. Necessary expenses:
      a. Rent or mortgage payment(s)           $ _____
      b. Utilities                             $ 896.08
      c. Insurance                             $ 7,667.68
      d. Merchandise bought for manufacture or sale  $ _____
      e. Other necessary expenses
         (specify)
    Groceries, household items, bedding, shoes, ATM card fee  $ 32,503.31
    Child care, housekeeping, farm expenses, gas, repairs      $ _____

TOTAL DISBURSEMENTS                         $ 41,067.07

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ (25,604.01)

ENDING BALANCE IN  -  Associated Bank       $ 19,750.41
                      NT*                   $ 36,510.00
                      NT*                   $ 3,742.50

ENDING BALANCE IN ALL ACCOUNTS              $ 60,002.91

*Balance reflects Debtor's 50% interest. Accounts frozen

OPERATING REPORT Page 1
EXHIBIT "B"

| Case Name: | In Re: HARLOW N HIGINBOTHAM, Debtor | Case No. 18 B 31185 |

## RECEIPTS LISTING

### FOR MONTH ENDING: December 31, 2018

**Bank:** Associated Bank  
**Location:** 525 W Monroe Street   Chicago, IL 60661  
**Account Name:** Harlow N Higinbotham  
**Acount No.** 2151 045 255

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 4-Dec-18 | Health savings account distribution | $985.00 |
| 4-Dec-18 | Pension payment | 758.88 |
| 14-Dec-18 | NERA payroll | 4,852.54 |
| 21-Dec-18 | Fiduciary fee income | 4,000.00 |
| 28-Dec-18 | NERA Payroll | 4,852.09 |
| 31-Dec-18 | Walmart refund to debit card | 13.97 |
| | **TOTAL:** | **$15,462.48** |

Case Name: In Re: HARLOW N HIGINBOTHAM, Debtor         Case No. 18 B 31185

DISBURSEMENT LISTING

FOR MONTH ENDING: December 31, 2018

Bank: Associated Bank
Location: 525 W Monroe Street   Chicago, IL 60661
Account Name: Harlow N Higinbotham
Acount No. 2151 045 255

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12/3/2018 | Debit | German Glass: sundry gift | $112.79 |
| 12/3/2018 | Debit | Primebar: meals | 80.00 |
| 12/3/2018 | Debit | Jewel-Osco: groceries | 170.96 |
| 12/3/2018 | Debit | Home Depot: sundry | 113.37 |
| 12/3/2018 | 1003 | Chubb: Homeowners insurance | 3,340.16 |
| 12/4/2018 | 1002 | 1500 Lake Shore Drive Bldg Corp: monthly assessment | 7,686.85 |
| 12/5/2018 | Debit | Holiday Inn | 104.49 |
| 12/5/2018 | 1005 | Comcast: TV/Internet | 325.59 |
| 12/6/2018 | Debit | 2649 - 25: sundry | 6.00 |
| 12/7/2018 | Debit | Beatrix: lunch | 6.63 |
| 12/7/2018 | Debit | SQU*SQ*HI: groceries | 20.95 |
| 12/7/2018 | Debit | German Glass: sundry gift | 100.71 |
| 12/7/2018 | 1009 | Annette & Hugo Drews: household expenses and maintenance | 2,370.60 |
| 12/10/2018 | Debit | Beatrix: lunch | 6.63 |
| 12/10/2018 | Debit | Village Pharmacy: prescription drugs | 439.40 |
| 12/10/2018 | Debit | AT&T: phone service | 145.75 |
| 12/10/2018 | Debit | Beatrix: lunch | 6.63 |
| 12/10/2018 | Debit | Newberry Library: books | 31.48 |
| 12/10/2018 | Debit | Jewel-Osco: groceries | 258.30 |
| 12/10/2018 | Debit | Commissary 1350 Lake Shore: groceries | 17.86 |
| 12/10/2018 | 1011 | AT&T: phone service | 72.19 |
| 12/10/2018 | 1010 | Noah Nicholas: property maintenance | 375.00 |
| 12/11/2018 | 1012 | AT&T: phone service | 132.73 |
| 12/11/2018 | 1006 | American Child Care: nursing services | 7,305.86 |
| 12/12/2018 | Debit | Beatrix: lunch | 6.63 |
| 12/13/2018 | Debit | ATM: cash | 122.25 |
| 12/13/2018 | Debit | ATM fee | 2.50 |
| 12/13/2018 | Debit | Potash Bros: groceries | 11.13 |
| 12/13/2018 | 1007 | Country Financial: farm insurance | 3,899.16 |
| 12/13/2018 | Debit | ATM fee | 2.00 |
| 12/17/2018 | Debit | Beatrix: lunch | 6.13 |
| 12/17/2018 | Debit | Beatrix: lunch | 8.72 |
| 12/17/2018 | Debit | Walgreens: cold medicines | 19.31 |
| 12/17/2018 | Debit | Shell: gasoline | 45.53 |
| 12/17/2018 | Debit | Midas: brake repair | 1,491.74 |
| 12/17/2018 | Debit | Jewel-Osco: groceries | 120.57 |
| 12/17/2018 | Debit | BP: gasoline | 3.64 |
| 12/17/2018 | Debit | Walgreens: OTC medicines | 87.57 |
| 12/17/2018 | Debit | Apple Store: cellphone battery | 31.97 |
| 12/17/2018 | Debit | Potash Bros: groceries | 45.49 |
| 12/17/2018 | Debit | Apple: cloud storage | 0.99 |
| 12/17/2018 | 1008 | Will County Farm Bureau: membership (for insurance) | 75.00 |
| 12/17/2018 | 1014 | Noah Nicholas: property maintenance | 625.00 |
| 12/18/2018 | Debit | Walgreens: OTC medicines and sundry | 77.27 |
| 12/18/2018 | 1015 | American Child Care: nursing services | 8,668.19 |
| 12/19/2018 | Debit | Beatrix: lunch | 6.63 |
| 12/19/2018 | Debit | German Glass: sundry gift | 21.99 |
| 12/20/2018 | Debit | King Heating: service call | 89.00 |
| 12/21/2018 | Debit | DirecTV: monthly service | 219.82 |
| 12/21/2018 | 1013 | Rebecca Van't Hof: reimbursement for car repair | 200.00 |
| 12/21/2018 | 1018 | The Casino: refreshments | 18.75 |
| 12/24/2018 | 1016 | Marzena Pasula: housekeeping | 1,083.40 |
| 12/26/2018 | 1017 | State Farm: auto insurance | 353.36 |
| 12/28/2018 | Debit | ATM: cash | 122.25 |
| 12/28/2018 | Debit | ATM fee | 2.50 |
| 12/31/2018 | Debit | Beatrix: lunch | 6.63 |
| 12/31/2018 | Debit | Beatrix: lunch | 6.63 |
| 12/31/2018 | Debit | Jewel-Osco: groceries | 129.49 |
| 12/31/2018 | Debit | Shell: gasoline | 60.00 |
| 12/31/2018 | Debit | Jewel-Osco: groceries | 152.36 |
| 12/31/2018 | Debit | Jewel-Osco: groceries | 12.54 |

TOTAL   $41,067.07

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Harlow N. Higinbotham          CASE NO. 18-31185

FOR PERIOD ENDING DECEMBER 31, 2018

**STATEMENT OF INVENTORY**

| | |
|---|---|
| Beginning inventory | $ NA |
| Add: purchases | $ NA |
| Less: Goods sold (cost basis) | $ NA |
| Ending inventory | $ NA |

**PAYROLL INFORMATION STATEMENT**

| | |
|---|---|
| Gross payroll for this period | $ NA |
| Payroll taxes due but unpaid | $ NA |

**STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS**

| Name of Creditor/ Lessor | Date regular Payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amounts of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

*Include only post-petition payment

OPERATING REPORT   Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Harlow N. Higinbotham          CASE NO. 18-31185

FOR PERIOD ENDING DECEMBER 31, 2018

**STATEMENT OF AGED RECEIVABLES**

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ NA |
| Add: sales on account | $ NA |
| Less: collections | $ NA |
| End of month balance | $ NA |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)**

| | |
|---|---|
| Beginning of month balance | $ NA |
| Add: credit extended | $ |
| Less: payments on account | $ |
| End of Month balance | $ NA |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Harlow N. Higinbotham          CASE NO.    18-31185

FOR PERIOD ENDING DECEMBER 31, 2018

**TAX QUESTIONNAIRE**

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post-petition taxes or withholding have been paid currently

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( X ) | No ( ) |
| 2. | FICA withholdings | Yes ( X ) | No ( ) |
| 3. | Employee's withholdings | Yes ( X ) | No ( ) |
| 4. | Employer's FICA | Yes ( X ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( X ) | No ( ) |
| 6. | State Income Tax | Yes ( X ) | No ( ) |
| 7. | State Employee withholdings | Yes ( X ) | No ( ) |
| 8. | All other state taxes | Yes ( X ) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amount past due and the date of last payment.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  Harlow N. Higinbotham                CASE NO.   18-31185

FOR PERIOD ENDING DECEMBER 31, 2018

INSURANCE QUESTIONNAIRE

Debtors in possession and trustees are required to maintain appropriate insurance on property of the estate to avoid risk to the estate or to the public.  See 11 U.S.C. 1007(a) and 1112(b)(4)(C).

1. For each policy of insurance maintained by the debtor in possession as of the Petition Date, state the following (*provide certificates of insurance for each policy if not already provided*):

| Carrier | Policy No. | Coverage Type | Policy Expiration Date | Cancellation Date, If applicable* |
|---|---|---|---|---|
| Country Mutual Ins. Co. | AL8835266 | Real & Personal Property | 11/15/2019 | |
| Great Northern Inc. Co. | 1205582701 | Real & Personal Property | 12/11/2019 | |
| State Farm | 831387B0913E | Vehicle | 4/9/19 | |
| State Farm | 6590272A0413 | Vehicle | 1/4/19 | |
| RLI Insurance | PUP0213883 | Personal Umbrella Liability Policy | 2/13/19 | |
| | | | | |
| | | | | |

*If a policy was cancelled for any reason during the reporting period, identify the reason for cancellation (i.e., non-payment, sale of asset, abandonment, etc.)

_____

_____

2. Have all required insurance premium payments during the reporting period been made? identify the policy for which premiums have not been paid, the amount due, and reason for nonpayment (attach separate sheet if necessary).
   Yes

3. Has the debtor/trustee received notice from any insurer during the reporting period that a policy of insurance is subject to cancellation or non-renewal?  If so, identify the carrier, coverage type and basis for potential cancellation or non-renewal (attach separate sheet if necessary).
   No

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: <u>Harlow N. Higinbotham</u>      CASE NO. <u>18-31185</u>

FOR PERIOD ENDING DECEMBER 31, 2018

### DECLARATION UNDER PENALTY OF PERJURY

I, <u>Harlow N. Higinbotham</u>, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in the Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____

For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Harlow N. Higinbotham

Dated:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Harlow N. Higinbotham                    CASE NO.  18-31185

FOR PERIOD ENDING DECEMBER 31, 2018

### DECLARATION UNDER PENALTY OF PERJURY

I, ___Harlow N. Higinbotham___, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in the Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Harlow N. Higinbotham

Dated:

OPERATING REPORT Page 8