## U.S. District Court for the Northern District Of Illinois
## Amended Attorney Appearance Form

Case Title: In re: Harlow N. Higinbotham     Case Number: 18-31185

An appearance is hereby filed by the undersigned as attorney for:
Beermann, LLP

Attorney name (type or print): N. Neville Reid

Firm: Fox Swibel Levin & Carroll LLP

Street address: 200 West Madison Street, Suite 3000

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6195837     Telephone Number: 312-224-1200
(See item 3 in instructions)

Email Address: nreid@foxswibel.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 01/22/2019

Attorney signature:   S/ N. Neville Reid
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015