UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Harlow N. Higinbotham<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-31185<br><br>Chapter: 11<br>Honorable LaShonda Hunt |

**ORDER CONFIRMING ABSENCE OF STAY AS TO BEERMANN LLP'S REQUEST TO WITHDRAW AS CO-COUNSEL IN STATE COURT ACTION**

The Court having heard the Motion of Beermann LLP for Order Confirming Relief From Stay to File Withdrawal Motion in Pending State Court Proceeding (the "Motion"); due notice having been given thereof and adequate cause appearing therefor;

IT IS HEREBY ORDERED THAT:

The automatic stay does not prevent Beermann LLP from filing and prosecuting a motion to withdraw as co-counsel to the above-referenced Debtor, in the case known as A.H. (Wipaporn Teekhungam (individually and on behalf of certain other related persons) v. Harlow Niles Higinbotham, currently pending in the Circuit Court of Cook County, Illinois, under Case No. 11-D-6475.

Enter:   *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: February 06, 2019

**Prepared by:**

N. Neville Reid
200 West Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
nreid@foxswibel.com
Attorneys for Beermann LLP