## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **Harlow N. Higinbotham**, | Bankruptcy No. 18-31185 |
| Debtor. | Honorable LaShonda A. Hunt |

### NOTICE OF MOTION

**Please take notice** that, on **February 14, 2019, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable LaShonda A. Hunt, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 719 of the United States Courthouse, at 219 South Dearborn Street, Chicago, Illinois, to present the **Motion of Gemma Allen & Allen & Glassman to Extend Time to File a Complaint under 11 U.S.C. § 523**, a copy of which is included herewith and served upon you, at which time and place you may appear.

Dated: February 8, 2019

**Gemma Allen and Allen & Glassman, Chtd.**

By: /s/ William J. Factor
One of Their Attorneys

William J. Factor (6205675)
Deborah K. Ebner, Of Counsel (6181615)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:   (847) 239-7248
Fax:   (847) 574-8233
Email: wfactor@wfactorlaw.com
        dkebner@deborahebnerlaw.com
        jpaulsen@wfactorlaw.com

{00132981}

## CERTIFICATE OF SERVICE

I, William J. Factor, an attorney, hereby certify that on February 8, 2019, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by Federal Express on all other persons identified on the Service List.

                                    /s/ William J. Factor

## SERVICE LIST

**Registrants**
(Service via ECF)

| | |
|---|---|
| Bianca E. Ciarroni | bciarroni@freeborn.com, bkdocketing@freeborn.com |
| Michael K. Desmond | mdesmond@fslegal.com, dorisbay@fslegal.com |
| Deborah K. Ebner | dkebner@deborahebnerlaw.com, webmaster@debnertrustee.com, lizd@deborahebnerlaw.com |
| William J. Factor | wfactor@wfactorlaw.com, wfactorlaw@gmail.com, bharlow@wfactorlaw.com, wfactor@ecf.inforuptcy.com, wfactormyecfmail@gmail.com, factorwr43923@notify.bestcase.com |
| Shira R. Isenberg | sisenberg@freeborn.com, bkdocketing@freeborn.com, jhazdra@ecf.inforuptcy.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Jeffrey K. Paulsen | jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com, jpaulsen@ecf.inforuptcy.com |
| Nathan Q. Rugg | Nathan.Rugg@bfkn.com, jean.montgomery@bfkn.com |
| Gregory K. Stern | greg@gregstern.com, steve_horvath@ilnb.uscourts.gov |
| Stephen G. Wolfe | steve.g.wolfe@usdoj.gov, jennifer.r.toth@usdoj.gov |

**Non-Registrants**
(Service via Federal Express – Next Day)

Harlow N. Higinbotham
RD No. 2
2002 East Cass St.
Joliet, IL 60432


Harlow N. Higinbotham
1500 N. Lake Shore Drive
Unit 13-C
Chicago, IL  60610

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Harlow N. Higinbotham**, | Bankruptcy No. 18-31185 |
| Debtor. | Honorable LaShonda A. Hunt |

**MOTION OF GEMMA ALLEN AND ALLEN & GLASSMAN, CHARTERED TO EXTEND TIME TO FILE A COMPLAINT UNDER 11 U.S.C. § 523**

When a creditor needs additional time to investigate its claim against the Debtor and, if warranted, file an action to have its debt declared nondischargeable, the time to file a complaint under 11 U.S.C. § 523 should be extended. Here, Gemma Allen and Allen & Glassman, Chtd. ("Allen") hold claims against the Debtor for, among other things, defamation.

### 1. BACKGROUND.

Through other pleadings, the Court has been apprised already of the long-running, multi-continental dispute over the failure of Harlow N. Higinbotham (the "Debtor") to pay child support to Wipaporn Teekhungam and the parties' ten-year-old triplets, A.H., A.H., and A.H (the "Support Creditors"). Allen has been counsel for the mother and on behalf of the Support Creditors in the action for child support pending against the Debtor in the Circuit Court of Cook County.

During Allen's representation of the of the mother and on behalf of the Support Creditors, she learned during discovery in June 2018 that the Debtor and his wife Susan intentionally and maliciously tried to humiliate, embarrass and cause pain to Allen by, among other things, filing false statements with the United States Department of State, the Chicago Police Department and actually to the Internal Revenue Service on a joint tax return, stating that Allen was one of three

{00132981}

parties involved in *"the elaborate scheme to defraud an Illinois family during these 16 years has involved extortion, blackmail, trickery, identity theft, credit card theft and cash theft…$1.236 million was adjudicated to be due, and over $1 million more in expenses and losses and costs incurred to defend fraudulent claims brought by Ladden & Allen* [the former name of Allen & Glassman, Chartered] *are still in process with hundreds of pages of court filings.* [sic]

These defamatory statements were false and are believed to be defamation *per se*. Such a claim involving a clear intent and malice are not and should not be dischargeable in bankruptcy under, among other provisions, 11 U.S.C. § 523(a)(6).

## 2. DISCUSSION

The deadline for objecting to the dischargeability of a specific claim is February 11, 2019. A complaint under § 523(a)(2), (4), or (6) ordinarily must be filed within 60 days after the first date set for the meeting of creditors under § 341(a). Fed. R. Bankr. P. 4007(c). On a motion filed before expiration, the court may extend that deadline. *Id.*

Here, Allen has a claim against the Debtor as a result of his intentional and malicious efforts to harass, humiliate, embarrass them by means of defamation *per se,* among other things. However, Allen requires more time to investigate this claim through discovery and, if warranted, to file an action against the Debtor under § 523(a).

**Wherefore**, Gemma Allen and Allen & Glassman, Chtd. respectfully request that the Court extend the deadline to file complaints under § 523(a)(2), (4), or (6) to May 6, 2019, and grant such further relief as is appropriate in the circumstances.

Dated: February 8, 2019

Respectfully submitted,

**Gemma Allen and Allen & Glassman, Chtd.**

By: /s/ William J. Factor
One of Their Attorneys

William J. Factor (6205675)
Deborah K. Ebner, Of Counsel (6181615)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
dkebner@deborahebnerlaw.com
jpaulsen@wfactorlaw.com