IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HARLOW N. HIGINBOTHAM, | ) | Case No. 18 B 31185 |
| | ) | |
| Debtor. | ) | Hon. LaShonda A. Hunt |

**NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION TO AUTORIZE AND DIRECT DEBTOR AND SUSAN HIGINBOTHAM TO ENDORSE NORTHERN TRUST COMPANY CHECKS FOR DEPOSIT AND AUTHORIZE DEBTOR TO DISBURSE TO SUSAN HIGINBOTHAM [Docket No. 65]**

The Debtor, Harlow N. Higinbotham, does hereby withdraw his Motion To Authorize and Direct Debtor And Susan Higinbotham To Endorse Northern Trust Company Checks For Deposit And Authorize Debtor To Disburse To Susan Higinbotham filed with the Court on January 24, 2019 [Docket No. 65].

      Respectfully submitted,

      /s/ Gregory K. Stern
      Debtor's Attorney, Gregory K. Stern

Dated: February 12, 2019

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558