UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-31185 |
| Harlow N. Higinbotham, | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting the Motion of Gemma Allen & Allen Glassman to Extend Time to File a Complaint Under 11 U.S.C. § 523**

This matter coming to be heard on the motion of Gemma Allen & Allen Glassman to extend time to file a complaint under 11 U.S.C. § 523 (the "Motion"); due notice of the Motion having been provided; and the Court having conducted a hearing on the Motion and being advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein; and

2. The time for Gemma Allen & Allen Glassman to file a complaint under 11 U.S.C. § 523(c) and 11 U.S.C. § 523(a)(2), (4), or (6) is extended to May 6, 2019.

Enter:

Honorable LaShonda A. Hunt

United States Bankruptcy Judge

Dated:  February 14, 2019

**Prepared by:**

William J. Factor (6205675)
Deborah K. Ebner, Of Counsel (6181615)
Jeffrey K. Paulsen (6300528)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
dkebner@deborahebnerlaw.com
jpaulsen@wfactorlaw.com