UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 18-31185
HARLOW N. HIGINBOTHAM )
)
) Chapter: 11
)
) Honorable LaShonda Hunt
)
)
Debtor(s) )

**ORDER EXTENDING TIME TO COMPLY WITH ORDER GRANTING IN PART MOTION OF WIPAPORN TEEKHUNGHAM AND THE PARTIES' MINOR CHILDREN FOR RELIEF FROM STAY**

THIS CAUSE COMING ON TO BE HEARD on the Debtor's Motion To Extend Time to Comply With Order Granting in Part Motion of Wipaporn Teekhungham and the Parties' Minor Children for Relief from Stay, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. The time for the Debtor to comply with the Order Granting in Part Motion of Wipaporn Teekhungham and the Parties' Minor Children for Relief from Stay is extended until March 11, 2019.

2. The written status report on compliance is due on or before March 18, 2019.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: February 14, 2019

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID # 02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558