UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>HARLOW N. HIGINBOTHAM,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  18-31185<br><br>Chapter: 11<br>Honorable LaShonda Hunt |

## ORDER EMPLOYING SPECIAL COUNSEL

THIS CAUSE COMING ON TO BE HEARD on the Debtor's Application to Employ Special Counsel and for Authorization to Pay Retainer, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. The Debtor is authorized, pursuant to 11 U.S.C. § 327(e), to employ the services of David F. Wentzel, as counsel for the Debtor as Debtor In Possession in this case under Chapter 11 of the Bankruptcy Code effective February 20, 2019, and with all compensation and reimbursement of expenses being subject to further order of Court.

2. This matter is continued to March 21, 2019 at 11:00 am for further hearing on the Debtor's request for authorization to pay a retainer to Special Counsel.

Enter: *[signature: LaShonda A. Hunt]*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  February 28, 2019

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #  02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558