UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-31185 |
| HARLOW N. HIGINBOTHAM | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable LaShonda A. Hunt |
| | ) | |
| Debtor(s) | ) | |

**ORDER DENYING AS UNNECESSARY DEBTOR'S MOTION TO ALTER OR AMEND ORDER GRANTING IN PART THE SUPPORT CREDITORS' REQUEST FOR RELIEF FROM STAY**

THIS CAUSE COMING ON TO BE HEARD on the Debtor's Motion To Amend Order Granting in Part Motion of Wipaporn Teekhungam and the Parties' Minor Children for Relief from Stay, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

Sections 362(b)(2)(A), (B) and (C) of the Bankruptcy Code all broadly address the varying situations in which the automatic stay does not apply to civil proceedings against the debtor involving the establishment, modification, collection, or payment of a domestic support obligation. In addition, the court's adequate protection order dated January 10, 2019 (Dkt#55), expressly provides that "the state court case" may "proceed on all matters relating to the entry or modification of any child support orders, including any resulting appeals." As such, the court does not believe any further clarification is warranted. Debtor's motion is denied as unnecessary.

Enter:

*/s/ LaShonda A. Hunt/*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: FEB 28 2019