UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-31185 |
| Harlow N. Higinbotham | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Confirming that the Automatic Stay Does Not Apply
to a Notice of Withholding for a Domestic Support Obligation**

This matter coming before the court on the Motion of Michael Bender, not individually but as the Guardian Ad Litem appointed by the Circuit Court of Cook County for A.H, a minor, A.H., a minor, and A.H., a minor, (three children), for a determination that the stay does not apply to an order entered by the Circuit Court of Cook County on January 29, 2019, directing Mr. Bender to issue a notice of withholding to the Debtor's employer, proper notice having been given, and the Debtor appearing by counsel and stating no objection to the Motion,

IT IS HEREBY ORDERED THAT:

Pursuant to 11 U.S.C. § 362(b)(2)(C), the filing of the Debtor's Chapter 11 petition on November 5, 2018, did not operate as a stay of any action "with respect to the withholding of income that is property of the estate or property of the debtor for payment of a domestic support obligation under a judicial or administrative order or a statute." As such, to the extent the state court's January 29, 2019 order affords such relief, this court confirms that the automatic stay is not applicable.

Enter: *LaShonda A. Hunt* [signature]

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: March 06, 2019

**Prepared by:**