IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HARLOW N. HIGINBOTHAM, | ) | Case No. 18 B 31185 |
| | ) | |
| Debtor. | ) | Hon. LaShonda A. Hunt |

**REPORT ON DEBTOR'S COMPLIANCE WITH ORDER GRANTING IN PART MOTION OF WIPAPORN TEEKHUNGAM AND THE PARTIES' MINOR CHILDREN FOR RELIEF FROM STAY**

**NOW COMES** Harlow N. Higinbotham, Debtor and Debtor in Possession, by and through his attorneys Gregory K. Stern, Monica C. O'Brien, Dennis E. Quaid and Rachel S. Sandler and in reporting on compliance with the Order Granting in Part Motion of Wipaporn Teekhungam and the Parties' Minor Children for Relief from Stay, states as follows:

1. On March 7, 2019, the Debtor delivered funds to the Receiver in the amount of $429,030.74 (the "Funds"). Confirmation was received from the Receiver's attorney confirming the receipt of the Funds and confirming that the balance in the Receiver's IOLTA account was $2,000,000.00.

2. On February 15, 2019, Cincinnati Life Insurance Company issued insurance policies in the amount of $1,000,000.00 for each of the three minor children. On March 5, 2019, the annual premiums for these policies was paid, in full, through February 15, 2020.

By: /s/ Gregory K. Stern
Debtor's Attorney

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #2267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558