UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )   BK No.: 18-31185
Harlow N Higinbotham )
) Chapter: 11
) Honorable LaShonda Hunt
)
)
Debtor(s) )

### ORDER AUTHORIZING RETAINER FOR SPECIAL COUNSEL

THIS CAUSE COMING ON TO BE HEARD on the Debtor's Application to Employ Special Counsel and for Authorization to Pay Retainer, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. The motion is GRANTED.

2. Debtor is authorized to pay a retainer to Special Counsel(s), Michael G. DiDomenico, Sean M. Hamann and Lake Toback DiDomenico who were retained pursuant to the Court's prior order entered on February 28, 2019 (docket number 136).

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: March 21, 2019