IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Harlow N. Higinbotham          CASE NO. 18-31185

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS
FOR MONTH ENDING FEBRUARY 28, 2019

BEGINNING BALANCE IN ALL ACCOUNTS*          $ 1,625,354.43

RECEIPTS:
    1. Receipts from operations          $ 424,492.34
    2. Other Receipts                    $ 88,226.87

DISBURSEMENTS:
    3. Net Payroll:
        a. Officers          $ _____
        b. Others            $ _____
    4. Taxes
        a. Federal Income Taxes          $ _____
        b. FICA withholding              $ _____
        c. Employee's withholding        $ _____
        d. Employer's FICA               $ _____
        e. Federal Unemployment Taxes    $ _____
        f. State Income Taxes            $ _____
        g. State Employee withholding    $ _____
        h. All other state taxes         $ _____
    5. Necessary expenses:
        a. Rent or mortgage payment(s)   $ _____
        b. Utilities                     $ 1,284.71
        c. Insurance                     $ 6,193.67
        d. Merchandise bought for manufacture or sale   $ _____
        e. Other necessary expenses
           (specify)
    Groceries, household items, medical, phone, fees, ADT,   $ 69,268.52
    Child care, housekeeping, farm expenses, gas, repairs, association dues
    Attorney Fees

TOTAL DISBURSEMENTS          $ 76,746.90

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ 435,972.31

ENDING BALANCE IN -  Associated Bank         $ 450,104.99
                    Receiver/Custodian    $ 1,570,969.25

ENDING BALANCE IN ALL ACCOUNTS          $ 2,021,074.24

OPERATING REPORT Page 1
EXHIBIT "B"

Case Name: In Re: HARLOW N HIGINBOTHAM, Debtor  
Case No. 18 B 31185

**DISBURSEMENT LISTING**

FOR MONTH ENDING: February 28, 2019

Bank: Associated Bank  
Location: 525 W Monroe Street  Chicago, IL 60661  
Account Name: Harlow N Higinbotham  
Acount No. 2151 045 255

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/1/2019 | Debit | Express Scripts: prescription drugs | $5.29 |
| 2/4/2019 | Debit | Beatrix Markets: lunch | 6.63 |
| 2/4/2019 | Debit | 1400 Market: groceries | 27.55 |
| 2/4/2019 | Debit | AT&T: utility bill | 145.79 |
| 2/4/2019 | 1045 | 1500 Lake Shore Drive Builfing Corp.: monthly assessment | 9,255.88 |
| 2/6/2019 | 1046 | Comcast: utility bill | 337.15 |
| 2/6/2019 | 1047 | Chubb: homeowners insurance | 1,492.54 |
| 2/7/2019 | Debit | Beatrix Markets: lunch | 6.63 |
| 2/7/2019 | Debit | Potash Brothers: groceries | 14.96 |
| 2/7/2019 | Debit | Peoples Gas: utility bill | 115.64 |
| 2/8/2019 | Debit | Beatrix Markets: lunch | 6.63 |
| 2/11/2019 | Debit | Beatrix Markets: breakfast | 9.77 |
| 2/11/2019 | Debit | Beatrix Markets: lunch | 6.63 |
| 2/11/2019 | Debit | Jewel Osco: groceries | 79.26 |
| 2/11/2019 | Debit | Jewel Osco: groceries | 166.78 |
| 2/11/2019 | Debit | Jewel Osco: groceries | 86.19 |
| 2/11/2019 | 1048 | US Trustee: quarterly filing fee | 975.00 |
| 2/12/2019 | 1052 | Downtown Dental : consultation | 12.00 |
| 2/12/2019 | 1053 | Noah Nicholas: property maintenance | 375.00 |
| 2/14/2019 | Debit | Wire in fee | 15.00 |
| 2/14/2019 | Debit | Potash Brothers: groceries | 35.56 |
| 2/15/2019 | Debit | Cincinnati Life Insurance: premium | 4,956.60 |
| 2/15/2019 | 1049 | Harvard Club New York: monthly dues and reimbursable expenses | 328.39 |
| 2/18/2019 | Debit | Beatrix Markets: lunch | 6.63 |
| 2/18/2019 | Debit | 1400 Market: groceries | 22.28 |
| 2/18/2019 | Debit | Jewel Osco: groceries | 210.73 |
| 2/18/2019 | Debit | Jewel Osco: groceries | 100.87 |
| 2/18/2019 | Debit | Apple Itunes: cloud storage | 0.99 |
| 2/18/2019 | Debit | AT&T: utility bill | 133.37 |
| 2/19/2019 | 1058 | American Child Care: services | 7,056.64 |
| 2/20/2019 | Debit | 1400 Market: groceries | 16.55 |
| 2/20/2019 | 1054 | Withdrawal - Insurance | 5,000.00 |
| 2/20/2019 | 1056 | Reproductive Medicine Institute: doctor appointments | 6,393.00 |
| 2/21/2019 | Debit | Beatrix Markets: lunch | 6.63 |
| 2/21/2019 | Debit | Walgreens: OTC medications | 104.45 |
| 2/21/2019 | 1057 | Gregory Stern PC: retainer | 35,000.00 |
| 2/22/2019 | 1064 | AT&T: utilities | 39.29 |
| 2/22/2019 | Debit | Beatrix Markets: lunch | 6.63 |
| 2/22/2019 | 1062 | Northern Trust Safe Deposit: annual fee | 65.40 |
| 2/22/2019 | 1063 | Commonwealth Edison: utilities | 257.25 |
| 2/25/2019 | Debit | 1400 Market: groceries | 11.01 |
| 2/25/2019 | Debit | 1400 Market: groceries | 25.56 |
| 2/25/2019 | Debit | Jewel Osco: groceries | 214.04 |
| 2/25/2019 | Debit | Jewel Osco: groceries | 126.41 |
| 2/25/2019 | Debit | Shell Service: gasoline | 24.59 |
| 2/25/2019 | 1050 | Surrogacy: expenses | 100.00 |
| 2/25/2019 | 1051 | Surrogacy - parentage certifications | 550.00 |
| 2/25/2019 | 1059 | Marzena Pasula: housekeeping | 1,194.34 |
| 2/26/2019 | 1055 | Martha Alvarez: housekeeping | 550.00 |
| 2/26/2019 | 1065 | Martha Alvarez: housekeeping | 450.00 |
| 2/26/2019 | 1066 | Waste Management: utilities | 256.22 |
| 2/27/2019 | Debit | Beatrix Markets: lunch | 10.69 |
| 2/27/2019 | 1067 | Concast: utilities | 337.15 |
| 2/28/2019 | Debit | 1400 Market: groceries | 15.31 |

TOTAL $76,746.90

| Case Name: | In Re: HARLOW N HIGINBOTHAM, Debtor | Case No. 18 B 31185 |

**RECEIPTS LISTING**

**FOR MONTH ENDING: February 28, 2019**

| Bank: | Associated Bank |
| Location: | 525 W Monroe Street   Chicago, IL 60661 |
| Account Name: | Harlow N Higinbotham |
| Acount No. | 2151 045 255 |

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 14-Feb-19 | Transfers from Northern Trust checking accounts | $83,226.87 |
| 14-Feb-19 | Deposit | 5,000.00 |
| 15-Feb-19 | NERA payroll | 7,003.95 |
| 20-Feb-19 | Business expense reimbursement | 184.80 |
| 28-Feb-19 | NERA: annual bonus | 410,299.74 |
| 28-Feb-19 | Nera: payroll | 7,003.85 |
| | **TOTAL:** | **$512,719.21** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  Harlow N. Higinbotham              CASE NO.   18-31185

FOR PERIOD ENDING FEBRUARY 28, 2019

**STATEMENT OF INVENTORY**

| | |
|---|---|
| Beginning inventory | $ NA |
| Add: purchases | $ NA |
| Less: Goods sold (cost basis) | $ NA |
| Ending inventory | $ NA |

**PAYROLL INFORMATION STATEMENT**

| | |
|---|---|
| Gross payroll for this period | $ NA |
| Payroll taxes due but unpaid | $ NA |

**STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS**

| Name of Creditor/ Lessor | Date regular Payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amounts of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

*Include only post-petition payment

OPERATING REPORT    Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  Harlow N. Higinbotham             CASE NO.   18-31185

FOR PERIOD ENDING JAUARY 31, 2019

**STATEMENT OF AGED RECEIVABLES**

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ NA |
| Add: sales on account | $ NA |
| Less: collections | $ NA |
| End of month balance | $ NA |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)**

| | |
|---|---|
| Beginning of month balance | $ NA |
| Add: credit extended | $ |
| Less: payments on account | $ |
| End of Month balance | $ NA |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Harlow N. Higinbotham          CASE NO.  18-31185

FOR PERIOD ENDING FEBRUARY 28, 2019

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post-petition taxes or withholding have been paid currently

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( X ) | No ( ) |
| 2. | FICA withholdings | Yes ( X ) | No ( ) |
| 3. | Employee's withholdings | Yes ( X ) | No ( ) |
| 4. | Employer's FICA | Yes ( X ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( X ) | No ( ) |
| 6. | State Income Tax | Yes ( X ) | No ( ) |
| 7. | State Employee withholdings | Yes ( X ) | No ( ) |
| 8. | All other state taxes | Yes ( X ) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amount past due and the date of last payment.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Harlow N. Higinbotham          CASE NO. 18-31185

FOR PERIOD ENDING FEBRUARY 28, 2019

### INSURANCE QUESTIONNAIRE

Debtors in possession and trustees are required to maintain appropriate insurance on property of the estate to avoid risk to the estate or to the public. See 11 U.S.C. 1007(a) and 1112(b)(4)(C).

1. For each policy of insurance maintained by the debtor in possession as of the Petition Date, state the following (*provide certificates of insurance for each policy if not already provided*):

| Carrier | Policy No. | Coverage Type | Policy Expiration Date | Cancellation Date, If applicable* |
|---|---|---|---|---|
| Country Mutual Ins. Co. | AL8835266 | Real & Personal Property | 11/15/2019 | |
| Great Northern Inc. Co. | 1205582701 | Real & Personal Property | 12/11/2019 | |
| State Farm | 831387B0913E | Vehicle | 4/9/19 | |
| State Farm | 6590272A0413 | Vehicle | 7/4/19 | |
| RLI Insurance | PUP0213883 | Personal Umbrella Liability Policy | 2/13/20 | |
| | | | | |
| | | | | |

*If a policy was cancelled for any reason during the reporting period, identify the reason for cancellation (i.e., non-payment, sale of asset, abandonment, etc.)

_____

_____

_____

2. Have all required insurance premium payments during the reporting period been made? identify the policy for which premiums have not been paid, the amount due, and reason for nonpayment (attach separate sheet if necessary).
   Yes

3. Has the debtor/trustee received notice from any insurer during the reporting period that a policy of insurance is subject to cancellation or non-renewal? If so, identify the carrier, coverage type and basis for potential cancellation or non-renewal (attach separate sheet if necessary).
   No

OPERATING REPORT Page 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Harlow N. Higinbotham     CASE NO. 18-31185

FOR PERIOD ENDING FEBRUARY 28, 2019

### DECLARATION UNDER PENALTY OF PERJURY

I, _____Harlow N. Higinbotham_____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in the Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Harlow N. Higinbotham

Dated: March 21, 2019