# CLAIMS SUMMARY

| POC NO. | PRIORITY UNSECURED CLAIMS - 507(a) | |
|---|---|---:|
| 4 | Wipaporn Teekhungam & Winton Anthony Perry | $ 212,521.32 |
| 10 | Wipaporn Teekhungam and Minor Children | 6,314,972.09 |
| 11 | Wipaporn Teekhungam and Minor Children | Undetermined |
| 12 | Wipaporn Teekhungam and Minor Children | Undetermined |
| 14 | Michael Bender as Trustee of 503g Trust | 1,111,192.05 |
| | **Class 1 SECURED CLAIMS** | |
| 8 | Northern Trust Securities, Inc. | 5,565,666.18 |
| 9 | National Financial Services, LLC | 5,568,467.60 |
| | **Class 2 General Unsecured Claims** | |
| 1 | Discover Bank | 4,932.82 |
| 2 | Fox Rothschild LLP | 11,778.68 |
| 3 | American Express National Bank | 3,528.16 |
| 5 | Beermann LLP | 339,889.89 |
| 6 | Wentzel Law Offices | 89,664.00 |
| 13 | Gemma Allen & Allen & Glassman | Undetermined |
| | Casale Reporting Service, Inc. | 8,796.41 |
| | Chase Card | 89.00 |
| | Citibank | 21.00 |
| | McDermott Will & Emery | 16,525.73 |
| | Tilleke & Gibbins | 589.92 |
| | **Class 3 General Unsecured Claims** | |
| 7 | Susan Higinbotham | 10,366,066.04 |
| | E.D. Higinbotham Trust | 1,689,959.00 |
| | H.N. Higinbotham Trust | 4,620,298.00 |