UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: LaShonda A. Hunt

Date: April 10, 2019

Bankruptcy Case: 18 B 31185

Adversary No.:

Title of Case: Harlow N Higinbotham

Brief Statement of Motion: Motion for Relief from Stay as to Investment Properties (Securities), and Motion to Confirm Termination or Absence of Stay filed by National Financial Services, LLC (Docket number 149)

Names and Addresses of moving counsel:

Representing:

## ORDER

Responses by any parties due on or before May 1, 2019.

Creditor's reply due on or before May 8, 2019.

The matter is continued to May 22, 2019 at 11:00 a.m. at 219 South Dearborn Street, Courtroom 719, Chicago, IL 60604.

JUDGE LASHONDA A. HUNT
UNITED STATES BANKRUPTCY COURT