UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-31185 |
| HARLOW N. HIGINBOTHAM | ) | |
| | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable LaShonda A. Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**COMBINED ORDER AND NOTICE OF HEARING ON ADEQUACY OF AMENDED
DISCLOSURE STATEMENT AND CONFIRMATION OF AMENDED PLAN OF
REORGANIZATION AND FIXING TIME FOR FILING OBJECTIONS AND FOR FILING
ACCEPTANCES OR REJECTIONS OF AMENDED PLAN OF REORGANIZATION**

The Debtor, Harlow N. Higinbotham, filing an Amended Disclosure Statement Dated May 13, 2019 under Chapter 11 of the Bankruptcy Code, referring to its Amended Plan of Reorganization dated May 13, 2019;

IT IS HEREBY ORDERED, and notice is hereby given, that:

A.   The Debtor shall file an Amended Plan of Reorganization (the "Plan") and Amended Disclosure Statement (the "Disclosure Statement") by May 13, 2019.

B.   The hearing to consider approval of the Debtor's Disclosure Statement, pursuant to 11 U.S.C. Section 1125(b), and confirmation of Debtor's Plan shall be held before the Honorable LaShonda A. Hunt, on June 27, 2019, at 11:00 a.m., in Courtroom 719, United States Courthouse, 219 South Dearborn Chicago, Illinois.

C.   June 14, 2019, is fixed as the last day for filing written objections to the adequacy of the Disclosure Statement pursuant to Bankruptcy Rule 3017(a), and confirmation of the Plan pursuant to Bankruptcy Rule 3020(b)(1).   Objections to the Disclosure Statement and Plan must be in writing and filed with the Clerk of the United States Bankruptcy Court, 219 South Dearborn St., 7th Floor, Chicago, Illinois 60604, or, for authorized ECF filers, electronically at the Court's website, www.ilnb.uscourts. gov, and copies served upon the attorney for the Debtor, Gregory K. Stern, P.C., 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois 60604.   If any objections to the Disclosure Statement or Plan are filed, the Debtor may file a response thereto by June 24, 2019.

D.   June 13, 2019, is fixed as the last day for filing written acceptances or rejections of the Plan, pursuant to Bankruptcy Rule 3018, and shall be made in the form of the Ballot attached hereto.   The Ballot must be filed with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604 or, for authorized ECF filers, electronically at the Court's website, www.ilnb.uscourts.gov.   On or before June 20, 2019, the Debtor shall file a Report of Balloting.

E.   Copies of this Order and Notice and the Disclosure Statement and the Plan shall be mailed to all creditors and parties in interest on or before May 16, 2019, and a certificate of service for the mailing of same shall be filed with the Court.

Rev: 20170105_bko

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: *May 8, 2019*

**Prepared by:**
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #2267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HARLOW N. HIGINBOTHAM | ) | Case No. 18-31185 |
| | ) | |
| Debtor. | ) | Hon. LaShonda A. Hunt |

## BALLOT FOR ACCEPTING OR REJECTING AMENDED PLAN OF REORGANIZATION

     Harlow N. Higinbotham, having filed his Amended Plan of Reorganization dated May 13, 2019 (the "Plan") and his Amended Disclosure Statement (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. A copy of the Disclosure Statement is being transmitted with this Ballot.

     You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Claim has been placed in a Class identified under the Plan. If your ballot is not filed with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or, for authorized ECF filers, electronically at the Court's website, www.ilnb.uscourts.gov, on or before **June 13, 2019**, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on your whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

[If holder of Class 1 Secured Claims – Northern Trust Securities, Inc./National Financial Services LLC] The undersigned, a creditor of the above-named Debtor in the amount of $_____,

     **[Check One Box]**          [ ] ACCEPTS THE PLAN   [ ] REJECTS THE PLAN

[If holder of Class 2 Unsecured Claims – Allowed Unsecured Claims of Creditors] The undersigned, a creditor of the above-named Debtor in the amount of  $_____,

     **[Check One Box]**          [ ] ACCEPTS THE PLAN   [ ] REJECTS THE PLAN

[If holder of Class 3 Unsecured Claims – Susan Higinbotham Class, the E.D. Higinbotham Trust Class, and the H.N. Higinbotham Trust] The undersigned, a creditor of the above-named Debtor in the amount of $_____,

     **[Check One Box]**          [ ] ACCEPTS THE PLAN   [ ] REJECTS THE PLAN

     [PLEASE COMPLETE BOTH PAGES PRIOR TO FILING THIS BALLOT]

Print or type name:_____

Signature:_____

Title (if corporation or partnership):_____

Address:_____

RETURN THIS BALLOT TO:      Clerk of the United States Bankruptcy Court
219 South Dearborn Street
7th Floor
Chicago, Illinois 60604

Authorized ECF filers shall file electronically at the Court's website, www.ilnb.uscourts.gov