UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-31185 |
| Harlow N. Higinbotham, | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting the Motion of Wipaporn Teekhungam and the Parties' Minor Children to Dismiss the Case**

This matter coming to be heard on the motion of Wipaporn Teekhungam, A.H., A.H., and A.H. to dismiss the case(the "Motion"); due notice of the Motion having been provided; and the Court having conducted a hearing on the Motion and being advised in the premises, IT IS HEREBY ORDERED THAT:

1. The above-captioned case is dismissed for reasons stated on the record.

2. All other pending matters are hereby moot.

Enter:

*/s/ LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: May 15, 2019

**Prepared by:**

William J. Factor (6205675)
Deborah K. Ebner, Of Counsel (6181615)
Jeffrey K. Paulsen (6300528)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
dkebner@deborahebnerlaw.com
jpaulsen@wfactorlaw.com